UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| 37CELSIUS CAPITAL PARTNERS, L.P., and 37CELSIUS CAPITAL PARTNERS, LLC, Plaintiffs, v. INTEL CORPORATION, et al., Defendants. | § § § § § § § § § § § § § | Case No. Milwaukee County Circuit Court Case No. 19-CV-3118 |
|---|---|---|

## DECLARATION OF MATTHEW SPLITEK

I, Matthew J. Splitek, declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys representing Defendants Intel Corporation and Care Innovations, LLC in the above-captioned matter. I make this declaration based on my personal knowledge.

2. On February 21, 2020, my firm served counsel for the plaintiffs with Intel Corporation's First Set of Requests for Admission and Interrogatories to 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners, LLC. A true and correct copy of those discovery requests, which sought information about the plaintiffs' citizenship for purposes of diversity jurisdiction, are attached here as **Exhibit 1**.

3. On March 20, 2020, the plaintiffs requested, and were granted, a 10-day extension to respond to Intel Corporation's discovery requests.

1

4. On April 1, 2020, I received, in an email from the plaintiffs' counsel, a copy of 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners, LLC, Response to Intel Corporation's First Set of Requests for Admissions and Interrogatories. A true and correct copy of those discovery responses are attached here as **Exhibit 2**.

5. Prior to receipt of 37Celsius' discovery responses on April 1, 2020, Defendants did not, to my knowledge, have information sufficient to determine the identity and citizenship of all the natural persons or incorporated entities directly or indirectly holding partnership or membership interests in the plaintiffs in this action.

6. Attached here as **Exhibit 3** is a certified copy of the last Annual Report filed by Intel Corporation with the Wisconsin Department of Financial Institutions.

Executed this 16th day of April, 2020

*/s/ Matthew J. Splitek*

2