# EX. 1

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

37CELSIUS CAPITAL PARTNERS, L.P., and
37CELSIUS CAPITAL PARTNERS, LLC,
        Plaintiffs,

Case No. 19-CV-3118

v.

INTEL CORPORATION,
CARE INNOVATIONS, LLC, and
CARE INNOVATIONS HOLDINGS, LLC
        Defendants.

## INTEL CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION AND INTERROGATORIES TO 37CELSIUS CAPITAL PARTNERS, L.P. AND 37CELSIUS CAPITAL PARTNERS, LLC

Pursuant to Wis. Stat. § 804.08 and § 804.11, Plaintiffs 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners, LLC are required to answer the following requests for admission and interrogatories within 30 calendar days after they are served:

### REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that 37Celsius Capital Partners, L.P. was not a citizen of Delaware for purposes of federal diversity jurisdiction as of the date these requests and interrogatories were served.

**REQUEST FOR ADMISSION NO. 2:** Admit that 37Celsius Capital Partners LLC was not a citizen of Delaware for purposes of federal diversity jurisdiction as of the date these requests and interrogatories were served.

**REQUEST FOR ADMISSION NO. 3:** Admit that 37Celsius Capital Partners, L.P. was not a citizen of California for purposes of federal diversity jurisdiction as of the date these requests and interrogatories were served.

**REQUEST FOR ADMISSION NO. 4:** Admit that 37Celsius Capital Partners LLC was not a citizen of California for purposes of federal diversity jurisdiction as of the date these requests and interrogatories were served.

**REQUEST FOR ADMISSION NO. 5:** Admit that 37Celsius Capital Partners, L.P. was not a citizen of Delaware for purposes of federal diversity jurisdiction on April 19, 2019.

**REQUEST FOR ADMISSION NO. 6:** Admit that 37Celsius Capital Partners LLC was not a citizen of Delaware for purposes of federal diversity jurisdiction on April 19, 2019.

**REQUEST FOR ADMISSION NO. 7:** Admit that 37Celsius Capital Partners, L.P. was not a citizen of California for purposes of federal diversity jurisdiction on April 19, 2019.

**REQUEST FOR ADMISSION NO. 8:** Admit that 37Celsius Capital Partners LLC was not a citizen of California for purposes of federal diversity jurisdiction on April 19, 2019.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Describe the complete factual basis of any contention that either 37Celsius Capital Partners, L.P. or 37Celsius Capital Partners LLC was a citizen of Delaware or California for purposes of federal diversity jurisdiction on the date these requests were served, or on April 19, 2019.

**INTERROGATORY NO. 2:** Identify and fully describe the citizenship of 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners LLC for purposes of federal diversity jurisdiction, as of the date these requests were served, including by (a) identifying each and every state of which 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners LLC were citizens on the date these requests were served; (b) identifying each and every natural person or incorporated entity holding any partnership and/or membership interests in 37Celsius Capital Partners, L.P. or 37Celsius Capital Partners, LLC on the date these requests were served,

whether directly or indirectly through other partnerships, limited liability companies, trusts, or unincorporated associations; and (c) identifying, as applicable, the domicile, state of incorporation, and principal place of business of each such natural person and incorporated entity on the date these requests were served.

**INTERROGATORY NO. 3:** Identify and fully describe the citizenship of 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners LLC for purposes of federal diversity jurisdiction, as of April 19, 2019, including by (a) identifying each and every state of which 37Celsius Capital Partners, L.P. and 37Celsius Capital Partners LLC were citizens on April 19, 2019; (b) identifying each and every natural person or incorporated entity holding any partnership and/or membership interests in 37Celsius Capital Partners, L.P. or 37Celsius Capital Partners, LLC on April 19, 2019, whether directly or indirectly through other partnerships, limited liability companies, trusts, or unincorporated associations; and (c) identifying, as applicable, the domicile, state of incorporation, and principal place of business of each such natural person and incorporated entity on April 19, 2019.

Dated: February 21, 2020          QUARLES & BRADY LLP

*Electronically signed by*:

*/s/ Brandon M. Krajewski*
Matthew J. Splitek, Bar No. 1045592
E-mail: matthew.splitek@quarles.com
Brandon M. Krajewski, Bar No. 1090077
E-mail: brandon.krajewski@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee, WI 53202
Telephone: (414) 277-5000
Facsimile: (414) 271-3552

*Attorneys for Intel Corporation*