# EX. 3

| DFI/CORP/30<br>DOCUMENT<br>2011 | United States of America<br><br>State of Wisconsin |  |

## DEPARTMENT OF FINANCIAL INSTITUTIONS

To All to Whom These Presents Shall Come, Greeting:

    I, Patti Epstein, Administrator, Division of Corporate and Consumer Services, Department of Financial Institutions, do hereby certify that the annexed copy has been compared with the document on file in the Corporation Section of the Division of Corporate & Consumer Services of this department, and that the same is a true copy thereof; and that I am the legal custodian of said document, and that this certification is in due form.



    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of the Department.

*Patti Epstein*

PATTI EPSTEIN, Administrator
Division of Corporate and Consumer Services
Department of Financial Institutions

**BY: Stephanie Voller**

*Stephanie Voller*

DATE: April 8, 2020

# Corporations Bureau

# Form 18 - Foreign Business Corporation Annual Report

### Name of Entity

| | |
|---|---|
| Search by Entity Name or ID: | INTEL CORPORATION<br>Entity ID: I015288 |
| Formed under the laws of: | DELAWARE |

### Registered Agent

| | |
|---|---|
| Registered Agent Name: | C T CORPORATION SYSTEM |
| Name of Entity: | |
| Registered Agent Address: | 301 S. Bedford St. Suite 1 |
| Address Line 2: | |
| City: | Madison |
| State: | WI |
| Zip: | 53703 |

### Principal Office

| | |
|---|---|
| Street Address: | 2200 MISSION COLLEGE BLVD |
| Address Line 2: | |
| City: | SANTA CLARA |
| State: | CA |
| Zip: | 95054-1537 |
| Country: | United States of America |

### Directors

| | |
|---|---|
| Name of Director: | OMAR ISHRAK |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | ROBERT H. SWAN |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | ANDY D. BRYANT |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |

| State: | CA |
|---|---|
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | JAMES J. GOETZ |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | ALYSSA HENRY |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | REED E. HUNDT |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | RISA LAVIZZO-MOUREY |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | TSU-JAE KING LIU |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | GREGORY D. SMITH |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | ANDREW WILSON |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |

| | |
|---|---|
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Director: | FRANK D. YEARY |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |

**Has Officers Statement**

| | |
|---|---|
| Does this entity have officers?: | Yes |

**Officers**

| | |
|---|---|
| Name of Officer: | ROBERT H. SWAN |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Officer: | GEORGE S. DAVIS |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Officer: | SHARON LYNN HECK |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |
| Name of Officer: | TIFFANY DOON SILVA |
| Post Office Address: | 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Zip Code: | 95054-1537 |
| Country: | United States of America |

**Statements**

| | |
|---|---|
| Brief description of the nature of business: | Description of Business: Design and manufacture of advanced integrated digital technology platforms, consisting of microprocessors and chipsets, for a wide range of computing applications. |
| Has the entity entered into any contract, combination in the form | |

of a trust or otherwise, or conspiracy in restraint of trade or commerce?

### Stocks

| | |
|---|---|
| Class (Common or Preferred): | COMMON |
| Series (if any): | |
| Authorized Shares: | 10000000000 |
| Issued Shares: | 4292600998 |
| Outstanding Shares: | 4292600998 |
| Par Value Per Share: | 0.001 |
| Class (Common or Preferred): | PREFERRED |
| Series (if any): | |
| Authorized Shares: | 50000000 |
| Issued Shares: | 0 |
| Outstanding Shares: | 0 |
| Par Value Per Share: | 0.001 |

### Gross Business

| | |
|---|---|
| Gross Business ($): | 76341538669 |
| Gross Assets ($): | 109678168330 |

### Wisconsin Business

| | |
|---|---|
| Wisconsin Business ($): | 12464 |
| Wisconsin Assets ($): | 0 |

### Paid in Capital

| | |
|---|---|
| Paid in Capital, in excess of Par, applicable to issued shares of Par Value stock ($): | 28817809522 |

### Fee Summary

#### Use For All Par Value Stock

| | |
|---|---|
| Total value of issued shares of Par Value stock, computed at par | $4,292,601 |
| Paid-in capital in excess of Par, applicable to issued shares of Par Value stock | $28,817,809,522 |
| Total value of PAR VALUE stock | $28,822,102,123 |

#### Use For All No PAR VALUE stock

| | |
|---|---|
| Total Assets | $109,678,168,330 |
| Deduct Total Liabilities other than capital and surplus | $0 |
| Sub total | $109,678,168,330 |
| Deduct total value of PAR VALUE Stock | $28,822,102,123 |
| Difference | $80,856,066,207 |
| (Negative numbers are rounded to zero) | |
| Value of issued shares of No Par | $0 |

Value stock at $10 per share

The Greater of Difference above and No Par Value stock at $10 a share — $0

## Capital Representation Fee Calculation

| | |
|---|---|
| Gross Business | $76,341,538,669 |
| Plus Total Assets | $109,678,168,330 |
| Subtotal | $186,019,706,999 |
| Wisconsin Business | $12,464 |
| Plus Wisconsin Assets | $0 |
| Subtotal | $12,464 |
| Percentage of WI Business/Assets | 0.000 % |
| Value of Issued shares of par value stock | $28,822,102,123 |
| Plus value of issued shares of No Par Value | $0 |
| Total Stock Value | $28,822,102,123 |
| CAPITAL REPRESENTATION (Percentage x Total stock value) | $0 |
| Capital Representation in Wisconsin on which fee has been paid | $2,153,000 |
| Increase in Capital Representation | $0 |

## Fee Totals

| | |
|---|---|
| Base Annual Report Filing Fee | $65 |
| Fee on Increase in Capital Representation ($3 per $1,000 or fraction thereof) | $0 |
| **Total Filing Fee** | $65 |

**Signature**

| | |
|---|---|
| Title: | Officer |
| Date: | 03/26/2020 |
| I understand that checking this box constitues a legal signature: | Yes |
| Signature: | TIFFANY DOON SILVA |

**Contact Information (optional)**

| | |
|---|---|
| Name: | NELLY FREGOSO |
| Street Address: | RNB 6-91, 2200 MISSION COLLEGE BLVD |
| City: | SANTA CLARA |
| State: | CA |
| Postal Code: | 95054-1537 |
| Country: | United States |
| Phone Number: | 4086535006 |
| Email: | nelly.fregoso@intel.com |

**Endorsement**

**Received Date:** 03/26/2020